# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-13044-AMC

FATIMA  WHITE

1507 W. COURTLAND STREET

PHILADELPHIA, PA 19140-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FATIMA  WHITE

1507 W. COURTLAND STREET

PHILADELPHIA, PA 19140-

Counsel for debtor(s), by electronic notice only.

MICHAEL R FROEHLICH
1410 W ERIE AV

PHILA, PA 19140-

Date: 5/31/2019

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee