FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

Fatima M White
1601 N Corlies St
Philadelphia, PA 19140
Soc Sec #: xxx-xx-xxx    Employee ID: 109

Home Department: 1 HOMECA

Pay Period: 05/19/19 to 06/01/19
Check Date: 06/07/19    Check #: 50928

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.67 | 14840.18 |
| NET PAY | 1236.67 | 14840.18 |

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| Hours Worked | 80.00 | 11.5000 | 920.00 | 960.00 | 11040.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 384.00 | 6624.00 |
| Total Hours | 112.00 | | | | |
| Gross Earnings | | | 1472.00 | 1344.00 | 17664.00 |
| Total Hrs Worked | 112.00 | | | | |

| WITHHOLDINGS | | | |
|---|---|---|---|
| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| Social Security | | 91.27 | 1095.17 |
| Medicare | | 21.35 | 256.13 |
| Fed Income Tax    S 7 | | 19.51 | 234.12 |
| PA Income Tax | | 45.19 | 542.28 |
| PA Unemploy | | 0.88 | 10.56 |
| PA PHILA-Phi Inc | | 57.13 | 685.56 |
| TOTAL | | 235.33 | 2823.82 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1236.67 | 14840.18 |

FOLD AND REMOVE

Payrolls by Paychex, Inc.

0940 1408-6639 Alina Conway Home Care • 2519 Germantown Ave • Philadelphia PA  19133 • (215) 847-7510

FOLD AND REMOVE →

## PERSONAL AND CHECK INFORMATION

Fatima M White
1501 W Courtland St
Philadelphia, PA 19140
Soc Sec #: xxx-xx-xxxx    Employee ID: 109

Home Department: 1 HOMECA

Pay Period: 05/05/19 to 05/18/19
Check Date: 05/24/19    Check #: 50874

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.69 | 13603.51 |
| NET PAY | 1236.69 | 13603.51 |

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| Hours Worked | 80.00 | 11.5000 | 920.00 | 10120.00 | 880.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 607.00 | 352.00 |
| Total Hours | 112.00 | | | 1232.00 | |
| Gross Earnings | | | 1472.00 | | 16192.00 |
| Total Hrs Worked | 112.00 | | | | |

| WITHHOLDINGS | | | |
|---|---|---|---|
| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| Social Security | | 91.26 | 1003.90 |
| Medicare | | 21.34 | 234.78 |
| Fed Income Tax | S 7 | 19.51 | 214.61 |
| PA Income Tax | | 45.19 | 497.09 |
| PA Unemploy | | 0.88 | 9.68 |
| PA PHILA-Phi Inc | | 57.13 | 628.43 |
| TOTAL | | 235.31 | 2588.49 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1236.69 | 13603.51 |

*Payrolls by Paychex, Inc.*

**0940 1408-6639** Alina Conway Home Care · 2519 Germantown Ave · Philadelphia PA 19133 · (215) 847-7510

FOLD AND REMOVE →

PAY TO THE
ORDER OF

FATIMA M WHITE
1507 W COURTLAND ST
PHILADELPHIA PA 19140

**\*\*$1236.69\*\***

AMOUNT

ONE THOUSAND TWO HUNDRED THIRTY SIX AND 69/100 ...................... DOLLARS

WELLS FARGO BANK, NA

AUTHORIZED SIGNATURE(S)

⑈"0000050821"⑈ ⑈:031000503:⑈ 303436043 2"⑈

VERIFY AUTHENTICITY OF THIS DOCUMENT. THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION

Fatima M White
1507 W Courtland St
Philadelphia, PA 19140
Soc Sec #: xxx-xx-xxxx    Employee ID: 109

Home Department: 1 HOMECA

Pay Period: 04/21/19 to 05/04/19
Check Date: 05/10/19    Check #: 50821

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.69 | 12366.82 |
| NET PAY | 1236.69 | 12366.82 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hours Worked | 80.00 | 11.5000 | 920.00 | 800.00 | 9200.00 |
| | Overtime | 32.00 | 17.2500 | 552.00 | 320.00 | 5520.00 |
| | **Total Hours** | 112.00 | | | 1120.00 | |
| | **Gross Earnings** | | | 1472.00 | | 14720.00 |
| | **Total Hrs Worked** | 112.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 91.26 | 912.64 |
| | Medicare | | 21.34 | 213.44 |
| | Fed Income Tax | S 7 | 19.51 | 195.10 |
| | PA Income Tax | | 45.19 | 451.90 |
| | PA Unemploy | | 0.88 | 8.80 |
| | PA PHILA-Phi Inc | | 57.13 | 571.30 |
| | **TOTAL** | | 235.31 | 2353.18 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1236.69 | 12366.82 |

ALMA CONWAY HOME CARE
2519 GERMANTOWN AVE
PHILADELPHIA PA 19133

Case 19-13044-amc    Doc 49-7639  Filed 06/13/19    Entered 06/13/19 16:56:59    Desc Main
ORG: 1 HOMECA
EE ID: 109    Document    Page 4 of 9    04/26/2019    50768
DATE    CHECK NO.

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

FATIMA M WHITE
1507 W COURTLAND ST
PHILADELPHIA PA 19140

**$1236.67**

AMOUNT

ONE THOUSAND TWO HUNDRED THIRTY SIX AND 67/100 ..................... DOLLARS

WELLS FARGO BANK, NA

AUTHORIZED SIGNATURE(S)

⑈0000050768⑈ ⑉031000503⑈ 303436043 2⑈

VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE    FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION

Fatima M White
1507 W Courtland St
Philadelphia, PA 19140
Soc Sec #: xxx-xx-xxxx    Employee ID: 109

Home Department: 1 HOMECA

Pay Period: 04/07/19 to 04/20/19
Check Date: 04/26/19    Check #: 50768

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.67 | 11130.13 |
| NET PAY | 1236.67 | 11130.13 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hours Worked | 80.00 | 11.5000 | 920.00 | 720.00 | 8280.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 288.00 | 4968.00 |
| Total Hours | 112.00 | | | 1008.00 | |
| Gross Earnings | | | 1472.00 | | 13248.00 |
| Total Hrs Worked | 112.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 91.27 | 821.38 |
| Medicare | | 21.35 | 192.10 |
| Fed Income Tax | S 7 | 19.51 | 175.59 |
| PA Income Tax | | 45.19 | 406.71 |
| PA Unemploy | | 0.88 | 7.92 |
| PA PHILA-Phi Inc | | 57.13 | 514.17 |
| TOTAL | | 235.33 | 2117.87 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 1236.67 | 11130.13 |

🔲 FOLD AND REMOVE

| PERSONAL AND CHECK INFORMATION | EARNINGS | | | | | FOLD AND REMOVE 🔲 |
| --- | --- | --- | --- | --- | --- | --- |

**PERSONAL AND CHECK INFORMATION**
Fatima M White
1507 W Courtland St
Philadelphia, PA  19140
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 109

Home Department: 1 HOMECA

Pay Period: 03/24/19 to 04/06/19
Check Date: 04/12/19   Check #: 50717

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 1236.69 | 9893.46 |
| **NET PAY** | **1236.69** | **9893.46** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- |
| Hours Worked | 80.00 | 11.5000 | 920.00 | 640.00 | 7360.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 256.00 | 4416.00 |
| Total Hours | 112.00 | | | 896.00 | |
| Gross Earnings | | | 1472.00 | | 11776.00 |
| Total Hrs Worked | 112.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- |
| Social Security | | 91.26 | 730.11 |
| Medicare | | 21.34 | 170.75 |
| Fed Income Tax | S 7 | 19.51 | 156.95 |
| PA Income Tax | | 45.19 | 361.52 |
| PA Unemploy | | 0.88 | 7.04 |
| PA PHILA-Phi Inc | | 57.13 | 457.84 |
| **TOTAL** | | **235.31** | **1882.54** |

| | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| **NET PAY** | 1236.69 | 9893.46 |

Payrolls by Paychex, Inc.

0940 1408-6639   Alma Conway Home Care • 2519 Germantown Ave • Philadelphia PA  19133 • (215) 847-7510

⬆ FOLD AND REMOVE

⬆ FOLD AND REMOVE

FOLD AND REMOVE ⬆

**PERSONAL AND CHECK INFORMATION**
Fatima M White
1507 W Courtland St
Philadelphia, PA 19140
Soc Sec #: xxx-xx-xxxx    Employee ID: 109

Home Department: 1 HOMECA

Pay Period: 03/10/19 to 03/23/19
Check Date: 03/29/19    Check #: 50662

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.67 | 8656.77 |
| NET PAY | 1236.67 | 8656.77 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hours Worked | 80.00 | 11.5000 | 920.00 | 560.00 | 6440.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 224.00 | 3864.00 |
| Total Hours | 112.00 | | | 784.00 | 10304.00 |
| Gross Earnings | | | 1472.00 | | |
| Total Hrs Worked | 112.00 | | | | YTD ($) |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 91.27 | 638.85 |
| Medicare | | 21.35 | 149.41 |
| Fed Income Tax | S 7 | 19.51 | 136.57 |
| PA Income Tax | | 45.19 | 316.33 |
| PA Unemploy | | 0.88 | 6.96 |
| PA PHILA-Phi Inc | | 57.13 | 399.91 |
| | | | |
| TOTAL | | 235.33 | 1647.23 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1236.69 | 8693.46 |

Payrolls by Paychex, Inc.

0940 1400-6639  Acme Luberty Home Care • 2619 Germantown Ave • Philadelphia PA 19133 • (215) 847-7510

ALMA CONWAY HOME CARE
5835 BELMAR TERR
PHILADELPHIA PA 19143

1408-6639
OR31:1 HOMECA
EE ID: 10

310

03/15/2019    50601
DATE          CHECK NO

Printed by Paychex, Inc.

PAY TO THE
ORDER OF

FATIMA M WHITE
1507 W COURTLAND ST
PHILADELPHIA PA 19140

**$1236.69**

AMOUNT

ONE THOUSAND TWO HUNDRED THIRTY SIX AND 69/100 ..................... DOLLARS

WELLS FARGO BANK, NA

⑆000050601⑆ ⑉031000503⑉ 303436043 2⑈

VERIFY AUTHENTICITY OF THIS DOCUMENT. THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

**PERSONAL AND CHECK INFORMATION**

Fatima M White
1507 W Courtland St
Philadelphia, PA 19140          Employee ID: 109

Soc Sec #: xxx-xx-xxxx

Home Department: 1 HOMECA

Pay Period: 02/24/19 to 03/09/19
Check Date: 03/15/19    Check #: 50601

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.69 | 7420.10 |
| NET PAY | 1236.69 | 7420.10 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hours Work | 80.00 | 11.5000 | 920.00 | 480.00 | 5520.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 192.00 | 3312.00 |
| Total Hours | 112.00 | | | 672.00 | |
| Gross Earnings | | | 1472.00 | | 8832.00 |
| Total Hrs Worked | 112.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 91.26 | 547.58 |
| Medicare | | 21.34 | 128.06 |
| Fed Income Tax | S 7 | 19.51 | 117.06 |
| PA Income Tax | | 45.19 | 271.14 |
| PA Unemploy | | 0.88 | 5.28 |
| PA PHILA-Phi Inc | | 57.13 | 342.78 |
| TOTAL | | 235.31 | 1411.90 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1236.69 | 7420.10 |

ID 1408-6639  Alma Conway Home Care • 5835 Belmar Terr • Philadelphia PA 19143 • (215) 847-7510

**PERSONAL AND CHECK INFORMATION**

Fatima M White
1507 W Courtland St
Philadelphia, PA  19140
Soc Sec #: xxx-xx-xxxx    Employee ID:  109

Home Department: 1 HOMECA

Pay Period: 02/10/19 to 02/23/19
Check Date: 03/01/19    Check #: 50547

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.69 | 6183.41 |
| NET PAY | 1236.69 | 6183.41 |

**EARNINGS**

| DESCRIPTION | RATE | HOURS | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| Hours Work | 80.00 | 11.5000 | 920.00 | 400.00 | 4600.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 160.00 | 2760.00 |
| Total Hours | 112.00 | | | 560.00 | |
| Gross Earnings | | | 1472.00 | | 7360.00 |
| Total Hrs Worked | 112.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 91.26 | 456.32 |
| Medicare | | 21.34 | 106.72 |
| Fed Income Tax | S 7 | 19.51 | 97.55 |
| PA Income Tax | | 45.19 | 225.95 |
| PA Unemploy | | 0.88 | 4.40 |
| PA PHILA-Phi Inc | | 57.13 | 285.65 |
| TOTAL | | 235.31 | 1176.59 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1236.69 | 6183.41 |

*Payrolls by Paychex, Inc.*

**0940 1408-6639**  Alma Conway Home Care • 5835 Belmar Terr • Philadelphia PA  19143 • (215) 847-7510

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Fatima M White
1507 W Courtland St
Philadelphia, PA  19140
Soc Sec #: xxx-xx-xxxx    Employee ID: 109

Home Department: 1 HOMECA

Pay Period: 01/27/19 to 02/09/19
Check Date: 02/15/19   Check #: 50492

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1236.67 | 4946.72 |
| NET PAY | 1236.67 | 4946.72 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hours Work | 80.00 | 11.5000 | 920.00 | 320.00 | 3680.00 |
| Overtime | 32.00 | 17.2500 | 552.00 | 128.00 | 2208.00 |
| Total Hours | 112.00 | | | 448.00 | |
| Gross Earnings | | | 1472.00 | | 5888.00 |
| Total Hrs Worked | 112.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 91.27 | 365.06 |
| Medicare | | 21.35 | 85.38 |
| Fed Income Tax | S 7 | 19.51 | 78.04 |
| PA Income Tax | | 45.19 | 180.76 |
| PA Unemploy | | 0.88 | 3.52 |
| PA PHILA-Phi Inc | | 57.13 | 228.52 |
| TOTAL | | 235.33 | 941.28 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1236.67 | 4946.72 |

*Payrolls by Paychex, Inc.*

**0940 1408-6639**  Alma Conway Home Care • 5835 Belmar Terr • Philadelphia PA  19143 • (215) 847-7510