# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                           Chapter 13

                                                           Bankruptcy No. 19-13044-AMC

FATIMA  WHITE

1507 W. COURTLAND STREET

PHILADELPHIA, PA 19140-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    FATIMA  WHITE

    1507 W. COURTLAND STREET

    PHILADELPHIA, PA 19140-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL R FROEHLICH
    1410 W ERIE AV

    PHILA, PA 19140-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                              /s/ William C. Miller

Date: 7/9/2019

                                              _____
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee