# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Fatima White<br>                    Debtor<br><br>Ditech Financial LLC<br>                    Movant<br>    vs.<br><br>Fatima White<br>                    Debtor<br><br>William C. Miller, Esquire<br>                    Trustee | CHAPTER 13<br><br><br>NO. 19-13044 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of Ditech Financial LLC, which was filed with the Court on or about December 6, 2019 (Document No. 23).

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

February 13, 2020