# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13044-AMC

FATIMA WHITE

1507 W. COURTLAND STREET

PHILADELPHIA, PA 19140-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FATIMA WHITE

    1507 W. COURTLAND STREET

    PHILADELPHIA, PA 19140-

Counsel for debtor(s), by electronic notice only.

    MICHAEL R FROEHLICH
    1410 W ERIE AV

    PHILA, PA 19140-

Date: 5/21/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee