UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            Bankr. Case No. 19-13044-AMC-13

FATIMA WHITE                                                      Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 19-13044-AMC-13

FATIMA WHITE                                                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

| | |
|---|---|
| MICHAEL R FROEHLICH<br>1410 W ERIE AVE<br>PHILADELPHIA, PA  19140 | William Miller<br>583 Bourse Building<br>111 So. Independence<br>Philadelphia, PA 19106 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx18490 / 989835