**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>FATIMA WHITE | Chapter 13 |
| Debtor | Bankruptcy No. 19-13044-AMC |

# **O R D E R**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge

**Date: August 4, 2020**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL R FROEHLICH
1410 W ERIE AV

PHILA, PA 19140-

Debtor:
FATIMA WHITE

1507 W. COURTLAND STREET

PHILADELPHIA, PA 19140-