```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                      Case No. 19-13044-amc
Fatima White                                                Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2      User: John            Page 1 of 2              Date Rcvd: Aug 04, 2020
                          Form ID: pdf900       Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db             +Fatima White,    1507 W. Courtland Street,    Philadelphia, PA 19140-1122
14322915       +American Web Loan (AWL), Inc.,    3910 W. 6th Avenue, Box 277,    Stillwater, OK 74074-1745
14322917       +Capital One Bank,    c/o Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Ave,
                Roseland, NJ 07068-1717
14345278        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14322919       +City of Philadelphia,    Bureau of Adminstrative Adjudication,    913 Filbert Street,
                Philadelphia, PA 19107-3117
14322924       +Ditech,    P.O. Box 6172,    Philadelphia, PA 19115-6172
14359706       #Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
14325286       +Ditech Financial LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14322925       +First Judicial District of PA,    Court of Common Pleas,    Adult Probation & Parole Department,
                Room 370 City Hall,    Philadelphia, PA 19107-3215
14322926       +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1541
14322927       +Kohls/Capital One,    Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14341849        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                PO BOX 16408,   St. Paul, MN 55116-0408
14493371        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
14322931       +Philadelphia Gas Works,    Attn: Bankruptcy Unit,    800 W. Montgomery Avenue, 3rd Floor,
                Philadelphia, PA 19122-2898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 05 2020 04:08:26     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2020 04:08:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2020 04:08:21     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 05 2020 04:08:06
                Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                Arlington, TX 76096-3853
14330879        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 05 2020 04:08:06
                AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                Arlington, TX 76096
14322915       +E-mail/Text: bankruptcy@americanwebloan.com Aug 05 2020 04:08:04
                American Web Loan (AWL), Inc.,    3910 W. 6th Avenue, Box 277,    Stillwater, OK 74074-1745
14385409        E-mail/Text: megan.harper@phila.gov Aug 05 2020 04:08:26     Water Revenue Bureau,
                c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14322916       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 05 2020 04:11:47     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14322918       +E-mail/Text: bankruptcy@cavps.com Aug 05 2020 04:08:20     Cavalry Portfolio Services,
                Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14324008       +E-mail/Text: bankruptcy@cavps.com Aug 05 2020 04:08:21     Cavalry SPV I, LLC,    PO BOX 27288,
                Tempe AZ 85285-7288
14323787       +E-mail/Text: bankruptcy@cavps.com Aug 05 2020 04:08:20     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14322920       +E-mail/Text: documentfiling@lciinc.com Aug 05 2020 04:07:59     Comcast Corproation,
                Comcast Center,    ATTN: Bankruptcy Notice,    1701 JFK Boulevard,    Philadelphia, PA 19103-2899
14322921       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 05 2020 04:08:30
                Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
14322922       +E-mail/PDF: pa_dc_ed@navient.com Aug 05 2020 04:11:36     Dept of Ed / Navient,
                Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14322923       +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 05 2020 04:08:17     Dish Network,
                ATTN: Bankruptcy Notice,    P.O. Box 9040,    Littleton, CO 80160-9040
14322927       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 05 2020 04:08:04     Kohls/Capital One,
                Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14322928       +E-mail/PDF: pa_dc_claims@navient.com Aug 05 2020 04:11:24     Navient,    Attn: Bankruptcy,
                Po Box 9000,    Wiles-Barr, PA 18773-9000
14364167        E-mail/PDF: pa_dc_claims@navient.com Aug 05 2020 04:11:35
                Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
14322929       +E-mail/PDF: cbp@onemainfinancial.com Aug 05 2020 04:11:35     OneMain Financial,
                Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14322930       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 05 2020 04:08:06     PECO Energy Company,
                2301 Market Street,    S23-1,    Philadelphia, PA 19103-1380
14359470        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2020 04:11:36
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14337728       +E-mail/Text: bankruptcy@philapark.org Aug 05 2020 04:08:30     Philadelphia Parking Authority,
                701 Market St, Suite 5400,    Philadelphia, Pa 19106-2895
```

```
District/off: 0313-2          User: John              Page 2 of 2                  Date Rcvd: Aug 04, 2020
                              Form ID: pdf900         Total Noticed: 40


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14322932        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2020 04:11:24
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14323336        +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2020 04:11:47      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14323880        +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2020 04:11:47      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14322933         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 05 2020 04:11:34       T-Mobile USA Inc.,
                 P.O. Box 53410,    ATTN:   Bankruptcy Dept.,    Bellevue, WA 98015-3410
14326828         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2020 04:11:37       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,     PO BOX 248848,    Oklahoma City, OK 73124-8848
14326332        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2020 04:11:25       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14511870*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    dba GM Financial,
                 PO Box 183853,    Arlington, TX 76096)
                                                                                      TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              MICHAEL R. FROEHLICH    on behalf of Debtor Fatima  White MFroehlich@clsphila.org
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>FATIMA WHITE | Chapter 13 |
| Debtor | Bankruptcy No. 19-13044-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 4, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL R FROEHLICH
1410 W ERIE AV

PHILA, PA 19140-

Debtor:
FATIMA WHITE

1507 W. COURTLAND STREET

PHILADELPHIA, PA 19140-